File Hashes for IP Address 67.184.132.215

**ISP:** Comcast Cable
**Physical Location: Aurora, IL**

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/02/2013 05:06:57 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 10/25/2013 00:31:14 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 10/25/2013 00:18:37 | 1324805ABD0356D543172B86246390BE41CD9DF6 | Burning |
| 10/24/2013 23:59:51 | 172F9D47668509974475A9F129788EF2E5E429F9 | Meet Me in Madrid |
| 10/24/2013 23:27:51 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 10/24/2013 23:23:53 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker |
| 10/24/2013 04:36:52 | 2D6F93FBFED6DD145830CAD7685605A134E8A7EB | They Meet Again |
| 10/19/2013 16:15:15 | 2E16C57613A9C35E80A70B6E95980F9BF6E7618E | Introducing Kiki |
| 10/19/2013 02:36:07 | DFEA3BF5C9B2760B4A25C1000D0AD8F92BBB887C | Unveiling Part #1 |
| 09/09/2013 22:56:56 | 3AEB3BFA759A905BDA9F4209E9F48B1D0D56CDE5 | Introducing Kenzie |
| 09/06/2013 02:20:14 | 8DEFB779C0FB0E97B6FD55FA1F7D1FCC1C6F9AC4 | Alone Is A Dream Left Behind |
| 09/06/2013 01:24:01 | 9DA119A1A3180092E58E4CFA04001002EE3FE0C4 | Wake Me Up Like This |
| 08/27/2013 22:05:46 | 0C67AD2D1B7BE7AA62FB45BE65534C6BD2E4B723 | Clean and Wet |
| 06/10/2013 23:23:28 | F2F5A22A9C90FFD10E6E08D5690E9EAB531F0C8E | Apartment in Madrid |
| 06/10/2013 22:45:07 | 36D345C168F03EAE561F73898B8CE0BF8B3D898B | Invisible |
| 06/10/2013 22:24:56 | DAC6745AF67ECC0F2333EF8729C380681E637407 | Dangerous Game |
| 06/10/2013 22:24:18 | 967D4031722B4A3BE11B3D9650FC2A9B37FC8C4C | Marry Me |
| 06/10/2013 22:23:52 | 40D441504502626951608C7F0AD37BCD712AC87B | Only Lorena |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

NIL204