# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                        Plaintiff,

v.

                        Case No.: 1:13−cv−08471

                        Honorable James B. Zagel

John Doe, subscriber assigned IP address67.184.132.215

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2014:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held. Plaintiff's motion to vacate order of dismissal [12] is granted. Order of dismissal is vacated. This case is reinstated. Status hearing set for 9/30/2014 at 09:15 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.